1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   DANIEL J. O'BRIEN (Cal. Bar No. 141720)
4  Public Corruption & Civil Rights Section
   Assistant United States Attorney
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2468
7       Facsimile: (213) 894-0141
        E-mail:    daniel.obrien@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-492-PA |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE FOR PLAINTIFF UNITED STATES OF AMERICA |
| v. | |
| RYAN WRIGHT,<br>    aka "Ryan Petetit,", | |
| Defendant. | |

     Plaintiff United States of America hereby advises the Court

that Assistant United States Attorney ("AUSA") Daniel J. O'Brien

(email: daniel.obrien@usdoj.gov) has been added as an attorney of

record for the government in this matter.  The clerk is respectfully

requested to make all necessary changes to the Court's Case

Management/Electronic Case Filing system to ensure that

///

///

///

AUSA O'Brien is associated with this case and receives all e-mails and notices relating to filings in this case.

Dated: November 21, 2023          Respectfully submitted,

                                              E. MARTIN ESTRADA
                                              United States Attorney

                                              MACK E. JENKINS
                                              Assistant United States Attorney
                                              Chief, Criminal Division

                                              */s/ Daniel J. O'Brien*
                                              DANIEL J. O'BRIEN
                                              Assistant United States Attorney

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA