UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>RYAN WRIGHT,<br>   aka "Ryan Petetit,"<br><br>      Defendant. | No. CR 23-492-PA<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE: 05-14-24** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on December 13, 2023.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The trial in this matter is continued from December 26, 2023 to May 14, 2024, at 8:30 a.m.  The final status conference hearing is continued to May 6, 2024, at 3:00 p.m.  The briefing schedule for any motions shall be: (a) any motions, including motions <u>in limine</u>, and notices required by Rule 12, 12.1 and 12.2 shall be filed by March 25, 2024; (b) oppositions to motions shall be filed by April 8, 2024; and (c) replies are to be filed by April 15, 2024. Motions will be heard on April 29, 2024, at 3:00 p.m.

2.  The time period of December 26, 2023 to May 14, 2024, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

. . . .

. . . .

. . . .

4.  additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

December 20, 2023
DATE

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

3