E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
THOMAS F. RYBARCZYK (Cal Bar No. 316124)
BILLY JOE MCLAIN (Cal Bar No. 290682)
Assistant United States Attorneys
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Senior Litigation Counsel
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8452/6702/2468
     E-mail:    thomas.rybarczyk@usdoj.gov
                billy.mclain@usdoj.gov
                daniel.obrien@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-492(A)-PA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENT |
| v. | |
| RYAN WRIGHT, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is

///

///

///

///

///

///

1

GRANTED.  The victim impact statement sought to be filed under seal shall be filed under seal.

_____        _____
DATE                                HONORABLE PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Thomas Rybarczyk*
_____
THOMAS F. RYBARCZYK
Assistant United States Attorney