FILED

DEC 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff - Appellee,<br><br>　v.<br><br>RYAN WRIGHT, AKA Ryan Petetit,<br><br>　　Defendant - Appellant. | No. 24-7126<br><br>D.C. No.<br>2:23-cr-00492-PA-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

　　The motion (Docket Entry No. 3) by Gerald C. Salseda to withdraw and to appoint new counsel is granted. *See* 18 U.S.C. § 3006A.

　　Within 14 days of identifying counsel, the appointing authority for the Central District of California is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

　　The transcript is due January 10, 2025. The opening brief is due February 19, 2025. The answering brief is due March 21, 2025. The optional reply brief is due within 21 days after service of the answering brief.

　　The clerk will serve this order on former counsel and appellant individually.