Gerald C. Salseda (Bar No. 157411)
Post Office Box 3205
South Pasadena, California 91030
Telephone: (213) 784-2330
Facsimile: (213) 402-7020

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 23-492-PA |
| v. | |
| Ryan J. Wright | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

1. Unopposed Ex Parte Application to file document Under Seal and in Camera;
2. Proposed Order for Under Seal and in Camera Filing;
3. Proof of Service;
4. Under Seal and In Camera Document (Financial Affidavit)..

**Reason:**

☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| March 10, 2025 | /s/ Gerald C. Salseda |
|---|---|
| Date | Attorney Name |
| | Ryan J. Wright |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                          **NOTICE OF MANUAL FILING OR LODGING**