UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RYAN WRIGHT, AKA Ryan Petetit,<br><br>Defendant - Appellant. | No. 24-7126<br><br>D.C. No.<br>2:23-cr-00492-PA-1<br><br>Central District of California,<br>Los Angeles<br><br>MANDATE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RYAN WRIGHT, AKA Ryan Petetit,<br><br>Defendant - Appellant. | No. 25-844<br><br>D.C. No.<br>2:23-cr-00492-PA-1<br><br>Central District of California,<br>Los Angeles |

The judgment of this Court, entered March 17, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT